UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOURIUANH SIAKHASONE,   **Case No.: 2:18-cv-13021-BAF-EAS**

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

PRICE LAW GROUP, APC
David A. Chami, AZ #027585
8245 North 85th Way
Scottsdale, AZ 85258
(P): 818-600-5515
david@pricelawgroup.com

CHAMI LAW, PLLC
Tarek N. Chami (P76407)
16030 Michigan Ave. STE 215
Dearborn, MI 48126
(P): (313) 444-5029
tarek@chamilawpllc.com
*Attorneys for Plaintiff*
*Souriuanh Siakhasone*

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Souriuanh Siakhasone, and Defendant Capital One Bank (USA), N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as

there are no remaining defendants. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | **PRICE LAW GROUP, APC** |
| Date: December 19, 2018 | By:*/s/David A. Chami*<br>David A. Chami, AZ #027585<br>8245 North 85th Way<br>Scottsdale, AZ 85258<br>T: 818-600-5515<br>F: 818-600-5464<br>david@pricelawgroup.com<br>*Attorneys for Plaintiff*<br>*Souriuanh Siakhasone* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Elizabeth Nanez*