# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SOURIUANH SIAKHASONE,　　　　　　　　Case No.: 2:18-cv-13021

　　　　Plaintiff,　　　　　　　　　　　　**Honorable: Bernard A. Friedman**

v.

CAPITAL ONE BANK (USA), N.A.,

　　　　Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Souriuanh Siakhasone and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Capital One.  The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 31st day of January 2019.

| | |
|---|---|
| */s/David A. Chami* | */s/Erin Hoffman* |
| David A. Chami, (AZ #027585) | Erin Hoffman (MN #387835) |
| PRICE LAW GROUP, APC | 2200 Wells Fargo Center |
| 8245 N. 85th Way | 90 South Seventh Street |
| Scottsdale, AZ 85258 | Minneapolis, MN 55402 |
| P: (818) 600-5515 | P: (612) 766-7000 |
| E: david@pricelawgroup.com | E: Erin.Hoffman@FaegreBD.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Chelsea Davidson | Capital One Bank (USA), N.A. |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SOURIUANH SIAKHASONE,   Case No.: 2:18-cv-13021

    Plaintiff,   **Honorable: Bernard A. Friedman**

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

_____/

## ORDER GRANTING DISMISSAL OF CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A.,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Capital One Bank (USA), N.A., with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

                                                 **s/Bernard A. Friedman**
Dated: January 31, 2019       BERNARD A. FRIEDMAN
Detroit, Michigan             SENIOR U.S. DISTRICT JUDGE